UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA              :   Hon. Mark Falk

                                          Mag. No. 19-3769 (MF)

           v.                            :

JUSTICE LOVE,
a.k.a. "BRIAN JONES"

                                      :   ORDER FOR DISMISSAL

        Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of

Court endorsed hereon, Craig Carpenito, the United States Attorney for the District of New

Jersey, hereby dismisses the Criminal Complaint, Mag.. No. 19-3769 (MF), against defendant

JUSTICE LOVE, a.k.a. "BRIAN JONES," charging the defendant with possession with the

intent to distribute heroin and fentanyl, in violation of Title 21, United States Code, Sections

841(a)(1) and (b)(1)(C) because further prosecution is not in the interests of the Unites States at

his time.

        This dismissal is without prejudice.


                                        CRAIG CARPENITO
                                        United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.


                                        HON. MARK FALK
                                        United States District Judge

Dated: August 20, 2019